**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHRISTOPHER KLAMCZYNSKI,<br><br>          Petitioner, | CASE NO. SA CV 12-00618 DDP (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Amended Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 17, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE