O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | CASE NO. SA CV 12-00618 DDP (RZ) |
| ) | |
| CHRISTOPHER KLAMCZYNSKI, ) | |
| ) | JUDGMENT |
| Petitioner, ) | |
| ) | |
| ) | |
| ) | |

This matter came before the Court on the Petition of CHRISTOPHER KLAMCZYNSKI, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 17, 2013

*[signature]*

————————————————
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE